**FILED**
May 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:06MJ00163GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| PAYTON BRUCE, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __PAYTON BRUCE__ , Case No. __2:06MJ00163GGH__ , Charge __18USC § 287 & 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 24, 2007__ at __2:00 pm__ .

        By   /s/ Gregory G. Hollows
          Gregory G. Hollows
          United States Magistrate Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

---ooo00ooo---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

*Payton Bruce*

        Defendant.

CASE NO. M07MJ00163GGH

UNSECURED APPEARANCE BOND

---

I, *Payton Bruce*, the undersigned defendant, acknowledge that I am bound to pay the United States of America the sum of $ 25,000.00.

As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment may be entered against defendant for the amount above stated together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned is duly exonerated.

DATED: *May 24, 2007*

                *Payton Bruce*
                DEFENDANT'S SIGNATURE
                9746 Plymouth Rd
                ADDRESS
                Stockton CA    (209) 957-8927
                CITY & STATE      TELEPHONE

---

JUDICIAL OFFICER